IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN MARSHALL, § | |
| LONG TRAN and § | |
| CHARLES JOHNSON, et al. § | |
| § | |
| Plaintiffs, § | |
| § | C.A. NO. 3:10-CV-01422-K |
| V. § | |
| § | |
| EYEMASTERS OF TEXAS, LTD., § | |
| EYE CARE CENTERS § | |
| OF AMERICA, INC. and § | |
| EYEMASTERS, INC. § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Motion for Approval of Sealed Settlement Agreement, filed on December 13, 2011. The Court is satisfied that the terms of the settlement are fair, reasonable, and the result of a bona fide compromise between the parties.

IT IS THEREFORE ORDERED that the proposed settlement is approved and the Joint Motion for Approval of Sealed Settlement Agreement is **GRANTED**. The claims of Steven Marshall, Curtis J. Freeland, Christopher Wilke, and Staci Webb are dismissed with prejudice. The Court having resolved all claims in this case, hereby dismisses this case in its entirety.

Signed on December 14th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE